ACCEPTED
15-24-00033-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 2:13 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00033-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 2:13:54 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS AUSTIN

ROBERT WAYNE MITCHELL,

Appellant,

V.

BRYAN COLLIER IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

Appellee.

ON APPEAL FROM THE 298th JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS
TRIAL COURT CAUSE NO. DC-23-04417

## APPELLEE BRYAN COLLIER'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF OUT OF TIME

Defendant-Appellee Bryan Collier moves to file his brief out of time and to extend the submission deadline. This appeal was recently reassigned to Assistant Attorney General ("AAG") Vishal V. Iyer, as the prior attorney assigned to this case, Jordan D. Ninh is no longer employed with the Office of the Attorney General ("OAG"). Upon AAG Vishal Iyer's monthly docket review, the existence of this subsequent appeal was discovered by legal support staff, which was not referenced in the case files of the prior attorney assigned. Since current Counsel did not realize that Appellant had filed a subsequent appeal, appellee's brief was not filed. This appeal implicates important government interests and the very existence of sovereign immunity. Moreover, Robert Wayne Mitchell ("Mitchell") has received multiple extensions of time to file his appellant's brief, including one that was filed out of time.

For this unintended oversight, undersigned counsel apologizes to this Court and respectfully requests that the Court grant Appellee Bryan Collier's motion for leave to file brief out of time and to extend the submission deadline.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Vishal V. Iyer*
**VISHAL V. IYER**
Texas Bar No. 24106134
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711–2548
p: (512) 463–2080
e: vishal.iyer@oag.texas.gov

**COUNSEL FOR APPELLEE BRYAN COLLIER**

## CERTIFICATE OF CONFERENCE

On January 17, 2025, I called counsel for Mitchell, Taj A. Warren, to leave a message asking about his position on this motion. As of the date this motion was filed, Mr. Warren has failed to respond. Thus, it is unclear whether this motion is opposed.

January 17, 2025

*/s/ Vishal V. Iyer*
**VISHAL V. IYER**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon counsel for the appellant as indicated below, on January 17, 2025, in accordance with the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure as follows:

Taj A. Warren
**twarren@warrenlawpllc.com**
**Counsel for Appellant**
**Robert Wayne Mitchell**

*/s/ Vishal V. Iyer*
**Vishal V. Iyer**
Assistant Attorney General

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jill Couey on behalf of Vishal Iyer
Bar No. 24106134
Jill.Couey@oag.texas.gov
Envelope ID: 96363380
Filing Code Description: Motion
Filing Description: Mitchell  MFL File Appellees Brief OOT
Status as of 1/17/2025 2:26 PM CST

Associated Case Party: Bryan Collier

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Rheams | | James.Rheams@oag.texas.gov | 1/17/2025 2:13:54 PM | SENT |
| Vishal Iyer | | vishal.iyer@oag.texas.gov | 1/17/2025 2:13:54 PM | SENT |